UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH L. GENTRY,

        Plaintiff,

v.

MARGARET ERICKSON,

        Defendant.
        /

No. C 15-2596 EDL (PR)

**ORDER OF DISMISSAL**

    Plaintiff, a detainee at the San Francisco County Jail filed a pro se civil rights complaint under 42 U.S.C. § 1983.[1]  On August 3, 2015, the court clerk sent a notice to plaintiff informing him that his case had been assigned to a magistrate judge.  (Docket No. 6.)  On August 24, 2015, the clerk's notice was returned to the court as undeliverable because plaintiff was no longer in custody.  (Docket No. 7.)  As of the date of this order, plaintiff has not updated his address with the court or otherwise communicated with the court.

    Pursuant to Northern District Civil Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  *See* Civil L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address.  *See* Civil L.R. 3-11(b).  More than sixty days have now passed since the mail sent to plaintiff by the court was returned as undeliverable.  The court has not received a

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 1 at 5.)

notice from plaintiff of a new address.

Accordingly, the instant complaint is DISMISSED without prejudice. The clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: November  2 , 2015.

ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Gentry596_LR311dismissal.wpd

2